**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM P. JOHNSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-3459** |
| **v.** | : | |
| | : | |
| **STONEMOR GP LLC, *et al.*,** | : | |
| *Defendants* | : | |

**ORDER**

**AND NOW,** this 15th day of November 2019, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are **DISMISSED**, with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*